IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DAVID P. HENRY,

     Appellant,

     Case No. 5D22-2014
v.                                         LT. Case No. 2016-DR-011118

JESSICA B. CARROLL,

     Appellee.

_____/

Opinion filed November 22, 2022

Appeal from the Circuit Court
for Brevard County,
Jennifer Opel Taylor, Judge.

David P. Henry, Melbourne, pro se.

Maria Henderson, of Henderson
Legal Group, Viera, for Appellee.

PER CURIAM.

     AFFIRMED. See Fla. R. App. P. 9.315(a).

LAMBERT, C.J., EVANDER and WALLIS, JJ., concur.